Lonnie E. Larson
2035 Holowai Place C-8
Wailuku, HI. 96793
PH:808-281-4444
email :lonnielarsonada@yahoo.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2015
at __11__ o'clock and __53__ min __A__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LONNIE E. LARSON<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS<br>55 PUKALANI TERRACE CENTER #17<br>PUKALANI ,HAWAII 96768<br><br>STARBUCKS CORPORATE OFFICE<br>10 WARD AVE. # 105<br>HONOLULU, HAWAII 96814<br><br><br><br><br>DefendantS | ORGINAL<br><br><br>CV-15-00012 ACK/BMK<br><br><br>MOTION TO DISMISS<br><br>WITH PREJUDICE<br><br>AGAINST STARBUCKS |

## MOTION TO DISMISS WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS STARBUCKS

Plaintiff Lonnie E. Larson, hereby dismisses his Complaint against Defendants Starbucks with prejudice pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure.

Defendants Starbucks has not appeared in this lawsuit.

Defendant Starbucks did not file and/or serve answers to the Complaint and did not file Motion Dismiss or Motion for Summary Judgment in this action.

There will not be any remaining parties and/or claims after this Motion to Dismiss with Prejudice against Starbucks.

All parties will bear their own attorney's fees and costs.

Trail had not been scheduled yet in this action.

DATED: Wailuku, Hawaii FEB, 15, 2015

　　　　　　　　　　　　　　　　　_/s/ Lonnie E. Larson_
　　　　　　　　　　　　　　　　　Lonnie E. Larson
　　　　　　　　　　　　　　　　　Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 15, 2015 I served a copy of the foregoing Motion to Dismiss with Prejudice sending a copy in the U.S. Mail, postage prepaid to the following :

Keith Cunningham

c/o Starbucks Corporation

2401 Utah Avenue S.

Suite 800, S-LA1

Seattle, WA 98134-1435

Counsel for the Defense

                                          Lonnie E. Larson

                                          Plaintiff, Pro-se